**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION**

| | |
|---|---|
| ANNETTE SCOTT | CIVIL ACTION NO. 07-0487 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WAL-MART STORES, INC. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

Based on the foregoing Memorandum Ruling,

**IT IS ORDERED** that the Motion for Summary Judgment (Record Document 27) filed by Wal-Mart Louisiana, L.L.C. be and is hereby **GRANTED**. All of Annette Scott's discrimination claims are **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to close the case.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 12th day of February, 2009.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE